# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

BRIAN K. SCHESSLER,

       Petitioner,

   v.

MATTHEW J. FRANK, KATHRYN ANDERSON, JUDY P. SMITH, LIEUTENANT THOMAS TESS, RUTH TRITT, WILLIAM J. SCHIDER and DALE PIERCE,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

**Case No.: 08-cv-19-jcs**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is DISMISSED WITH PREJUDICE against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel             2/19/08
_____     _____
**by Deputy Clerk**                                               **Date**